**Frederick LASHLEY, Appellant,**

v.

**William ARMONTROUT, Warden, Missouri Department of Corrections, Appellee.**

**No. 90–1036.**

United States Court of Appeals, Eighth Circuit.

May 19, 1993.

---

On the court's own motion, the opinion and judgment filed in this appeal on March 4, 1992 are vacated. The mandate issued on July 8, 1992 is hereby recalled.